534 F.2d 1405
 93 L.R.R.M. (BNA) 2018, 93 L.R.R.M. (BNA) 2111
 Florida Steel Corp.
v.
N. L. R. B.*
 No. 75-4027
 United States Court of Appeals, Fifth Circuit
 6/22/76
 
 1
 N.L.R.B.
 
 
 2
 ENFORCED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 ***
 Opinion contains citation(s) or special notations